UNITED STATES of America,
Plaintiff–Appellee,

v.

Juan Pablo Ferrin GARCES,
Defendant–Appellant.

No. 04–15112.

D.C. Docket No. 04–00077–
CR–T–26–MSS.

United States Court of Appeals,
Eleventh Circuit.

July 28, 2005.

David Paul Rhodes, United States Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Scott Matthew McCluskey, Tampa, FL, for Defendant–Appellant.

Before BIRCH, BLACK and PRYOR, Circuit Judges.

Non–Argument Calendar

PER CURIAM.

Scott M. McCluskey, counsel for Juan Pablo Ferrin Garces, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Garces's conviction and sentence are AFFIRMED.